No. 141, Misc. HENDERSON *v.* MICHIGAN. Circuit Court for the County of Macomb, Michigan. Certiorari denied. *Ernest Goodman* for petitioner. *Edmund E. Shepherd,* Solicitor General of Michigan, for respondent.

No. 142, Misc. ESTERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 212, Misc. HARROD *v.* LADY, WARDEN, ET AL. Court of Appeals of Kentucky. Certiorari denied. ■ ·

No. 220, Misc. LEPERA *v.* BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 224, Misc. STAFFORD *v.* RUSSELL ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Gilbert E. Harris* for respondents.

No. 228, Misc. LOSINGER *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 231, Misc. LEWIS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 234, Misc. ARTERBURN *v.* HAHN, WARDEN. Supreme Court of Nebraska. Certiorari denied.